IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ABDI MOHAMED SALEBAW,  §<br>  §<br>  Petitioner,  §<br>  §<br>v.  §<br>  §<br>WARDEN OF THE ERO EL PASO  §<br>EAST MONTANA CAMP et al.,  §<br>  §<br>  Respondents.  § | CAUSE NO. EP-26-CV-535-KC |

## ORDER

On this day, the Court considered the case. On February 23, 2026, Abdi Mohamed Salebaw, a Somalian national subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus, ECF No. 1. In answer to the Court's Show Cause Order, ECF No. 2, Respondents filed their Response, ECF No. 4, in opposition to Salebaw's Petition.

Respondents argue that Salebaw's continued detention is lawful because "there is a significant likelihood of removal" to Somalia or South Africa. *See* Resp. 1, 4–5. In support, they attach the Declaration of Assistant Field Office Director Angelo Garite ("Garite Decl."), ECF No. 3-1. Garite states that, "[o]n February 9, 2026, [Salebaw] was detained by ICE in St. Paul, Minnesota in order to pursue removal to Somalia, South Africa, or a third country of removal." *Id.* ¶ 9. And, "[o]n February 26, 2026, ERO began to gather information for his travel document request." *Id.* ¶ 13. To this end, "ERO requested to expedite the delivery of the original Alien File from 2008 in order to seek information regarding [Salebaw's] travel documents." *Id.* ¶ 14. And, "[a]s soon as ERO reviews the Alien File and obtains enough information, a request will be made to the Somalian Embassy." *Id.* ¶ 15. According to Garite, "ICE believes there is a significant likelihood of removal of [Salebaw] in the reasonably

foreseeable future to Somalia." *Id.* ¶ 17. This is further supported by the fact that "[l]ast week ERO El Paso successfully received travel documents [for] another Somalian detainee," who is now "being processed for a scheduled fight." *Id.* ¶ 16.

Given that Salebaw's removal to Somalia, South Africa, or a third country would likely moot this Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than April 6, 2026**, detailing the following:

(1) Whether ERO has received Salebaw's original file, and, if so, the date of receipt, and, if not, the expected timeline for receipt;

(2) If ERO received Salebaw's original file, whether a travel document request has been submitted to the Somalian Embassy on Salebaw's behalf, and, if not, the expected timeline for submission;

(3) If a travel document request was submitted, whether Somalia has approved the request, and, if not, the expected timeline for approval; and

(4) If Somalia approved the travel document request, whether Salebaw was removed to Somalia, and if not, the expected timeline for his removal, and any obstacles.

**SO ORDERED**.

**SIGNED this 5th day of March, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE