**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ABDI MOHAMED SALEBAW,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-535-KC** |
| | § | |
| **WARDEN OF THE ERO EL PASO** | § | |
| **EAST MONTANA CAMP et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the case.  On March 5, 2026, the Court ordered Respondents to file a status report detailing their efforts to obtain travel documents from Somalia for Abdi Mohamed Salebaw by April 6.  *See* Mar. 5, 2026, Order 2, ECF No. 6.

Respondents now inform the Court that the Somalian Embassy approved Salebaw's travel document request and, on March 26, "ERO Headquarters Detention and Deportation Officer sent a copy of Salebaw's [travel document] via email to the ERO field office."  Status Report Ex. A ("Lopez Decl.") ¶ 7, ECF No. 7-1.  Salebaw's removal to Somalia is currently being coordinated, which, according to Respondents, can take two to three weeks.  *Id.* ¶ 8.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **<u>by no later than May 7, 2026</u>**, detailing the following:

(1)  Whether Salebaw was removed to Somalia, and if so, the date of his removal;

(2)  If Salebaw has not been removed to Somalia, why, and the expected timeline for his

removal.

**SO ORDERED**.

**SIGNED this 7th day of April, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE