**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ABDI MOHAMED SALEBAW,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-535-KC** |
| | § | |
| **WARDEN OF THE ERO EL PASO** | § | |
| **EAST MONTANA CAMP et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case.  On April 7, 2026, the Court ordered Respondents to file a status report stating whether Salebaw was removed to Somalia, and if not, why, and the expected timeline for his removal by May 7.  *See* Apr. 7, 2026, Order, ECF No. 8.

Respondents now inform the Court that "Salebaw has not yet been removed to Somalia but is tentatively scheduled for a removal mission that will take place[] prior to May 21, 2026."  Resp. 1, ECF No. 9.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than May 22, 2026**, detailing the following:

(1)  Whether Salebaw was removed to Somalia, and if so, the date of his removal;

(2)  If Salebaw has not been removed to Somalia, why, and the expected timeline for his removal.

**SO ORDERED**.

**SIGNED this 8th day of May, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE