**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ABDI MOHAMED SALEBAW,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-535-KC** |
| | § | |
| **WARDEN OF THE ERO EL PASO** | § | |
| **EAST MONTANA CAMP et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the case.  On February 23, 2026, Abdi Mohamed Salebaw filed a Petition for a Writ of Habeas Corpus, ECF No. 1, challenging his detention as unlawful and asking the Court to order his release.  On May 8, 2026, the Court ordered Respondent to provide a status report by May 22, stating whether Salebaw was removed to Somalia, and if not, why, and the date he is scheduled to be removed to Somalia.  May 8, 2026, Order, ECF No. 11.  Respondents have now filed a Status Report, ECF No. 15, informing the Court that Salebaw was removed to Somalia on May 14.

"[W]here an [immigration detainee] is granted the relief he requests, no 'case or controversy' remains" and thus the habeas petition is rendered moot.  *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)).  Because Salebaw has now been released from custody the Petition is moot.  *See Ortez*, 845 F.2d at 575.

Accordingly, the Court **ORDERS** that the Petition is **DISMISSED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 27th day of May, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE